**United States Bankruptcy Court**

**District of Massachusetts**

In re:　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter　**11**

　　　International Gospel Party Boosting Jesu

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

　　I, Dwight Miller, declare under penalty of perjury that I am the President of International Gospel Party Boosting Jesu, a Massachusetts Corporation and that on 0/27/2006 the following resolution was duly adopted by the Officers of this Corporation:

　　"Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

　　Be It Therefore Resolved, that Dwight Miller, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

　　Be It Further Resolved, that Dwight Miller, President of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

　　Be It Further Resolved, that Dwight Miller, President of this Corporation, is authorized and directed to employ David M. Nickless, attorney and the law firm of Nickless, Phillips and O'Connor to represent the Corporation in such bankruptcy case."

Executed on: ___8/19/10___　　　　　　　　　　　Signed: _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Dwight Miller