UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| In re
International Gospel Party Boosting Jesus Groups, Inc.
　　　　Debtor | Chapter 11
No. 10- 19012 |
|---|---|

## STATEMENT OF NO EMPLOYEES

I, Dwight Miller, do upon oath aver that:

1. I am the President of International Gospel Party Boosting Jesus Groups, Inc., and I have personal knowledge of the facts contained herein.

2. International Gospel Party Boosting Jesus Groups, Inc. is a non-profit organization conducting outreach and in-house programs for local seniors and youth.

3. International Gospel Party Boosting Jesus Groups, Inc. has no employees and has had no employees for as I have been directing the orgainzation's services, which goes back tot eh 1990's.

4. There are no wages owed to any individuals.

Signed under the pains and penalties of perjury this ⁄7day of August, 2010.

_____
Dwight Miller

## CERTIFICATE OF SERVICE

      I, David M. Nickless, Esq., do hereby certify that I served a copy of the within pleading by mailing same this day postage prepaid to the parties indicated on the attached service list.

United States Trustee  
10 Causeway Street, 11th Fl  
Boston, MA  02222

Members Mortgage Company, Inc.  
10 Cedar Street, Unit 11  
Woburn, MA  01801

Lawrence M. Edelman, Esq.  
Pierce Atwood  
One New Hampshire Avenue, Suite 350  
Portsmouth, NH  03801  
*Counsel to Mortgage Electronic Registration*  
*Systems and Tremont Credit Union*

Dated: August 19, 2010

    /S/   David M. Nickless  
David M. Nickless