United States Trustee
10 Causeway Street, 11th Fl
Boston, MA  02222

Department of Revenue
Bankruptcy Unit, 3rd Floor
P. O. Box 9564
Boston, MA  02114

Internal Revenue Service
Special Proc. Function Stop 20800
P. O. Box 9112
JFK Building
Boston, MA  02203

Members Mortgage Company, Inc
10 Cedar St #11
Woburn, MA 01801

Lawrence M. Edelman, Esq.
Pierce Atwood
One New Hampshire Avenue, Suite 350
Portsmouth, NH  03801