UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| INTERNATIONAL GOSPEL PARTY | ) |
| BOOSTING JESUS GROUPS, INC., | ) |
| | ) Chapter 11 |
| Debtor | ) Case No. 10-19012-HJB |
| | ) |

**APPLICATION FOR AND CERTIFICATE OF
APPOINTMENT OF CHAPTER 11 TRUSTEE**

Pursuant to 11 U.S.C. 1104(a), Fed. R. Bank. P. 2007.1, the United States Trustee: i) moves the Court to approve Joseph G. Butler, Esq. ("Butler") to serve as chapter 11 trustee ("Trustee") for International Gospel Party Boosting Jesus Groups, Inc. ("Debtor"); and ii) subject to Court approval, certifies Butler's appointment as Trustee. In support, the United States Trustee says:

1. On October 12, 2010, the Court *sua sponte* directed the United States Trustee to appoint a chapter 11 trustee in the Debtor's case. *Docket #19*.

2. The United States Trustee seeks to appoint Butler as Trustee. To the best of its knowledge, the United States Trustee is not aware that Butler has any connections with the Debtor, creditors, any other parties in interest, their respective attorneys and accountants, the United States Trustee or any persons employed in the Office of the United States Trustee, except as set forth in the verified statement that Butler will forthwith file with the Court.

3. The United States Trustee consulted on October 13, 2010 with the Debtor's attorney, David Nickelss, Esq., regarding Attorney Butler's appointment. The

United States Trustee unsuccessfully attempted to contact Liam J. Vesely, Esq., counsel for Tremont Credit Union, on October 12, 2010 regarding Attorney Butler's appointment.

For these reasons, the United States Trustee requests that the Court indicate its approval of the appointment of Butler as Trustee by executing this Application in the space below.

                Respectfully submitted,

                JOHN P. FITZGERALD, III
                ACTING UNITED STATES TRUSTEE,
                REGION ONE

By:    /s/ Eric K. Bradford
        Eric K. Bradford BBO#560231
        United States Department of Justice
        John W. McCormack Post Office & Courthouse
        5 Post Office Square, 10th Floor, Suite 1000
        Boston, MA 02109-3934
        PHONE:    (617) 788-0415
        FAX:    (617) 565-6368
        Eric.K.Bradford@USDOJ.gov

Dated: October 13, 2010.

**The bond for Butler is set at $20,000.**

**Butler is directed to file a verified statement per Fed. R. Bankr. P. 2007.1 on or before October 20, 2010.**

**APPROVED:**

                _____
                HON. HENRY J. BOROFF
                Chief United States Bankruptcy Judge

Dated: October __, 2010

## TRUSTEE'S ACCEPTANCE

Joseph G. Butler, Esq., Baron & Stadfeld, P.C., 100 Cambridge Street, Suite 1310, Boston, MA 02114, accepts the foregoing appointment as Trustee and the duties and responsibilities of Trustee.

>

Joseph G. Butler
Baron & Stadfeld, P.C.
100 Cambridge Street, Suite 1310
Boston, MA 02114

Dated: October 13, 2010

## CERTIFICATE OF SERVICE

I certify that on October 13, 2010, true and correct copies of the foregoing pleading were served by CM/ECF only upon the individuals who filed electronic notices of appearance in the Court's CM/ECF database, including the individuals listed below.

JOHN P. FITZGERALD, III
ACTING UNITED STATES TRUSTEE,
REGION ONE

By:   /s/ Eric K. Bradford
Eric K. Bradford BBO#560231
United States Department of Justice
John W. McCormack Post Office & Courthouse
5 Post Office Square, 10th Floor, Suite 1000
Boston, MA 02109-3934
PHONE:    (617) 788-0415
FAX:        (617) 565-6368
Eric.K.Bradford@USDOJ.gov

Dated: October 13, 2010.

David M. Nickless on behalf of Debtor International Gospel Party Boosting Jesus Groups, Inc.

dnickless.nandp@verizon.net
cmann.nandp@verizon.net

Liam J. Vesely on behalf of Creditor Tremont Credit Union

lvesely@pierceatwood.com

Joseph Butler, Esq., Chapter 11 Trustee

jgb@barronstad.com

4