UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS

Proceeding Memorandum/Order of Court

In Re: International Gospel Party Boosting Jesus Groups,    Case Number: 10-19012    Ch: 11

**MOVANT/APPLICANT/PARTIES:**

#25 Motion of Chapter 11 Trustee to Dismiss case

**OUTCOME:**

_____Granted _____Denied _____Approved _____Sustained
_____Denied _____Denied without prejudice _____Withdrawn in open court _____Overruled
_____OSC enforced/released
_____Continued to:_____ For:_____
_____Formal order/stipulation to be submitted by:_____ Date due:_____
_____Findings and conclusions dictated at close of hearing incorporated by reference
_____Taken under advise ment: Brief(s) due_____ From_____
                              Response(s) due_____ From_____
_____Fees allowed in the amount of: $_____ Expenses of: $_____
_____No appearance/response by:_____
✔ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

DUE TO THE INCLEMENT WEATHER, THE HEARING OF JANUARY 18, 2011 HAS BEEN RESCHEDULED TO TUESDAY, JANUARY 25, 2011 AT 11:30AM IN WORCESTER.

IT IS SO NOTED:    IT IS SO ORDERED:

_____    _____ Dated: 01/18/2011
Courtroom Deputy