UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re<br>International Gospel Party Boosting Jesus Groups, Inc.<br>        Debtor | Chapter 11<br>No. 10-19012 |

DEBTOR'S OBJECTION TO TRUSTEE'S MOTION TO SELL REAL PROPERTY AT 554 MASSACHUSETTS AVENUE, BOSTON, MASSACHUSETTS

Now comes International Gospel Party Boosting Jesus Groups, Inc., and objects to the Trustee's Motion to Sell stating that the Debtor has finally obtained an absolute funding commitment in the amount of $950,000 at a 7% interest rate that will enable it to pay all obligations in full in or within 30 days. Accordingly, The Debtor will suffer irreparable harm if the property is sold as disposition of the property owned by the Debtor is not required for it to pay its creditors in full. A copy of the funding commitment is attached hereto at A.

International Gospel Party Boosting
Jesus Groups, Inc.
By its attorney,

  /S/   David M. Nickless
David M. Nickless, Esq.
Nickless, Phillips and O'Connor
625 Main Street
Fitchburg, MA 01420
(978) 342-4590
BBO No. 563450
dnickless.nandp@verizon.net

CERTIFICATE OF SERVICE

      I, David M. Nickless, do hereby certify that I served a copy of the within pleading by mailing the same this day postage prepaid to the parties indicated below not noted as having received electronic service.

| | |
|---|---|
| United States Trustee<br>10 Causeway Street, 11th Fl<br>Boston, MA  02222<br>*VIA ECF* | Liam J. Vesely, Esq.<br>Pierce Atwood LLP<br>160 Federal Street, Floor 10<br>Boston, MA 02110<br>*Counsel for Tremont Credit Union*<br>*VIA ECF* |
| Joseph G. Butler, Chapter 11 Trustee<br>Barron & Stadfeld<br>100 Cambridge Street<br>Boston, MA  02114<br>VIA ECF | Department of Revenue<br>Bankruptcy Unit, 3rd Floor<br>P. O. Box 9564<br>Boston, MA 02114 |
| Internal Revenue Service<br>Special Proc. Function Stop 20800<br>P. O. Box 9112<br>JFK Building<br>Boston, MA 02203 | Office of the Attorney General<br>Public Charities Division<br>100 Cambridge Street<br>Boston, MA  02114 |
| NSTAR<br>PO Box 4508<br>Woburn, MA  01888 | National Grid<br>PO Box 4508<br>Woburn, MA  01888 |
| City of Boston<br>Bankruptcy Coordinator<br>One City Hall Square, Room M-5<br>Boston, MA  02201 | Boston Water & Sewer Commission<br>980 Harrison Ave<br>Boston, MA   02118 |
| Steven J. Murphy, Esq.<br>1646 Centre Street<br>W. Roxbury, MA  02132<br>Counsel to Robert Allessandro<br>VIA E-MAIL | Douglas R. Gooding, Esq.<br>Choate, Hall & Stuart<br>Two International Place<br>Boston, MA  02110<br>Counsel to Nelson Properties<br>VIA E-MAIL |

Dated:  May 23, 2011                            /S/    David M. Nickless
                                                                             David M. Nickless

# NEW THOMAS TECHNOLOGIES

NEW THOMAS TECHNOLOGIES, Funding Solutions , 222 W. Los Colinas Boulevard , Los Colinas ,  TX  75034

Toll Free : ( 888 ) 700 - 5855   Direct : ( 443 ) 869 - 1200

*" Don't go BACK ; go BETTER  "*



May 20, 2011

Dwight K. Miller

International Gospel Party Boosting Jesus Groups, Inc

554 Massachusetts Avenue

Boston, MA 02118

Reference:  NOTIFICATION OF APPROVAL

We are pleased to inform you that your request for Business Funding is approved contingent upon the above mentioned Corporation as guarantor .  Moreover, the Corporate Profile of the entity qualifies  the Corporation for funding in the amount of $950,000 based upon meeting our underwriting requirements and guidelines.  After reaching our determination, the following financing model is valid and in place; therefore,  we may proceed in completing and funding your application:

| | |
|---|---|
| TERM: | Revolving |
| FUNDING AMOUNT : | $ 950,000 |
| LOAN TYPE: | Amortization |
| BUSINESS TYPE: | Non-Profit |
| INTEREST RATE : | 7% |
| PRE-PAYMENT PENALTY: | Non-Applicable |
| ESTIMATED DATE OF FUNDING : | June 25, 2011 |

In an effort to accommodate your transaction efficiently, we ask that you please contact  us at your convenience, such that we may forward the necessary closing  documentation to be  completed and returned to us.  Once the signed paperwork is received via our office, we are scheduled to disperse funds within 30 days thereafter.  Lastly, we are available to assist you by contacting our New Accounts Department at : ( 877) 350-1399 ,  as we are receptive to any questions and or concerns.

Best regards,

Business Funding Team

NEW THOMAS TECHNOLOGIES, Funding Solutions

**Attachment A**