# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

In Re: International Gospel Party Boosting Jesus Groups,    Case Number: 10-19012    Ch: 11

**MOVANT/APPLICANT/PARTIES:**

#58 Motion of Chapter 11 Trustee for order Approving Sale of property located at 554 Massachusetts Avenue, Boston, MA

**OUTCOME:**

\_\_\_\_\_Granted\_\_\_\_\_Denied\_\_\_\_\_Approved\_\_\_\_\_Sustained
\_\_\_\_\_Denied\_\_\_\_\_Denied without prejudice\_\_\_\_\_Withdrawn in open court\_\_\_\_\_Overruled
\_\_\_\_\_OSC enforced/released
\_\_\_\_\_Continued to:_____For:_____
\_\_\_\_\_Formal order/stipulation to be submitted by:_____Date due:_____
\_\_\_\_\_Findings and conclusions dictated at close of hearing incorporated by reference
\_\_\_\_\_Taken under advise ment: Brief(s) due_____From_____
                              Response(s) due_____From_____
\_\_\_\_\_Fees allowed in the amount of: $_____Expenses of: $_____
\_\_\_\_\_No appearance/response by:_____
✔ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

PROPOSED ORDER TO BE SUBMITTED.

IT IS SO NOTED:                                IT IS SO ORDERED:

_(signature)_
                                               Dated: 05/24/2011
_____
Courtroom Deputy