UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

In re
International Gospel Party Boosting Jesus Groups, Inc.
    Debtor

Chapter 11
No. 10-19012-HJB

DEBTOR'S EMERGENCY MOTION TO EXTEND TIME TO PAY ALL CREDITORS
AND TO DISMISS CASE

Now comes International Gospel Party Boosting Jesus Groups, Inc., Debtor in the above proceedings, and moves on an emergency basis to extend the time to complete its financing and dismiss case stating that:

1. At a hearing conducted on May 24, 2011 this court granted, with certain provisions, the motion filed by Joseph G. Butler, Chapter 11 Trustee, to sell the real property located at 554 Massachusetts Avenue, Boston, Ma. The Order directed that a formal order incorporating the terms of the sale and extent of authorization be submitted.

2. The Trustee submitted a formal order which was docketed by the court on June 9, 2011. The order contained provisions, consistent with the the ruling issued from the bench on May 24, that no closing was to take place prior to June 24 and that if the Debtor secured the necessary funding to pay all claims and the court dismissed the case on or prior to June 23, then the order authorizing the sale would be vacated.

3. The Debtor's lender provided the Debtor a notice dated June 20, 2011 stating that the application for funding had completed processing and was "in final preparation for bank wire transfer". A true copy of the communication is attached hereto at A. To the extent that the funds are insufficient to cover all expenses the Debtor's princial has informed counsel that he spoke with his parents and that the parents have indicated that they would help. The Debtor's principal has further indicated that his parents have the financial means to immediately cover any deficiency from liquid assets.

4. A short delay will enable the Debtor to retain its only aset and still enable it to pay all creditors as set forth in this court's order.

WHERFORE International Gospel Party Boosting Jesus Groups, Inc. prays that this court extend to and through June 30, 2011 the time within which it can provide the necessary funds to pay all obligations as set forth in this court's order and ask that the case be dismissed.

        International Gospel Party Boosting
Jesus Groups, Inc.
By its attorney,


  /S/   David M. Nickless
David M. Nickless, Esq.
Nickless, Phillips and O'Connor
625 Main Street
Fitchburg, MA 01420
(978) 342-4590
BBO No. 563450
dnickless.nandp@verizon.net

## CERTIFICATE OF SERVICE

I, David M. Nickless, do hereby certify that I served a copy of the within pleading by mailing the same this day postage prepaid to the parties indicated below not noted as having received electronic service.

| | |
|---|---|
| United States Trustee<br>10 Causeway Street, 11th Fl<br>Boston, MA 02222 | Members Mortgage Company, Inc.<br>10 Cedar Street, Unit 11<br>Woburn, MA 01801 |
| Liam Vesely<br>Pierce Atwood LLP<br>160 Federal Street, Floor 10<br>Boston, MA 02110<br>*Counsel for Tremont Credit Union* | Jeff Ross<br>20 Park Plaza, 6th Fl<br>Boston, MA 02116<br>Successful bidder |

Dated: June 23, 2011                  /S/    David M. Nickless
                                                            David M. Nickless