## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

```
                                    )
IN RE INTERNATIONAL GOSPEL )          Docket No.    10-19012
PARTY BOOSTING JESUS        )
                                    )
```

## MOTION TO ENLARGE TIME FOR CLOSING

NOW COMES Jeff Ross and moves this Honorable Court to enlarge time for

closing on real property of the Debtor, International Gospel Party Boosting Jesus.

AS GROUNDS THEREFORE, Jeff Ross states as follows:

(1) Jeff Ross entered into a contract to purchase real property from the Debtor,
International Gospel Party Boosting Jesus;
(2) A closing on the property was scheduled for today, July 1, 2011; however an
enlargement of time is required because the smoke detector was not installed
in the property until today.
(3) Title cannot transfer on the property without a smoke detector certificate.
(4) As a result of the installation of the smoke detector not taking place until the
date of the closing, the closing attorney requires additional time to complete
the closing.
(5) The smoke detector was not able to be installed prior to the date of the closing
because the purchaser was able to enter the property.

WHEREFORE, Jeff Ross prays this Honorable Court allow this Motion to enlarge

time for the closing to take place.

Respectfully Submitted
JEFF ROSS
Purchaser

Ross & Associates
20 Park Plaza, Suite 633
Boston, MA  02116
(617) 338-4040

DATE: July 1, 2011